ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BEATRICE A. LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company, DOES I - X, ROE CORPORATIONS I - X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-1366-RFB-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED and AGREED between Plaintiff BEATRICE A. LOPEZ ("Plaintiff"), by and through her counsel, EDWARD J. ACHREM & ASSOCIATES, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP,

///

///

///

///

4847-0813-6816.1

that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 3rd day of August, 2018.    DATED this 23 day of August, 2018.

EDWARD J. ACHREM & ASSOCIATES        LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Ed Achrem_                                              _/s/_
EDWARD J. ACHREM, ESQ.                   ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 2281                              Nevada Bar No. 03062
512 South Tonopah, Suite 100              PAMELA L. MCGAHA. ESQ.
Las Vegas, Nevada 89106                      Nevada Bar No. 08181
*Attorneys for Plaintiff*                              CHERYL A. GRAMES, ESQ.
                                                                   Nevada Bar No. 12752
                                                                   6385 S. Rainbow Boulevard, Suite 600
                                                                   Las Vegas, Nevada 89118
                                                                   *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this __19th__ day of __October__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court